

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH THE INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-211 |
| VERSUS | 21 U.S.C. § 846 |
| | 18 U.S.C. § 2 |
| VU PAUL NGUYEN, also known as "Manchu" | |

**THE GRAND JURY CHARGES:**

Beginning on an exact date unknown and continuing until in or about February, 2006, in the Middle District of Louisiana, **VU PAUL NGUYEN, also known as "Manchu,"** defendant herein, did conspire with others, known and unknown to the Grand Jury, knowingly and intentionally, to distribute and to possess with the intent to distribute 3,4-methylenedioxymethamphetamine (MDMA), also known

as "ecstasy," a Schedule I controlled substance, which is a violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the commission of said conspiracy.

The above is a violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

| UNITED STATES OF AMERICA, by | **A TRUE BILL** |
|---|---|
| *[signature]* | |
| DAVID R. DUGAS | _____ |
| UNITED STATES ATTORNEY | GRAND JURY FOREPERSON |
| MIDDLE DISTRICT OF LOUISIANA | |
| | |
| *[signature]* | |
| _____ | _____ |
| ROBERT W. PIEDRAHITA | DATE |
| ASSISTANT U.S. ATTORNEY | |

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

** S.A. Ketrick Kelley
Federal Bureau of Investigation

**Matter to be sealed:** ☐ No  ☒ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: 06-69-JJB, 06-56-JJB, 06-154-RET, 06-153-RET

**Defendant Information:**

Defendant Name: Vu Paul Nguyen
Alias: Manchu

**U.S. Attorney Information:**

AUSA: Robert Piedrahita        Bar # 10989

**Interpreter:** ☒ No  ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1 — 21 U.S.C. 846 | Conspiracy to distribute and to possess with the intent to distribute 3,4-methylenedioxymethamphetamine | 1 |
| set 2 | | |
| set 3 | | |

(May be continued on second sheet)

Date: 10/26/06    Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____